NUMBER 13-08-118-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________

 

IN RE: DONALD WAYNE THIELEMAN


_______________________________________________________


On Petition for Writ of Mandamus

_______________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Vela


Per Curiam Memorandum Opinion (1)



 Relator, Donald Wayne Thieleman, filed a petition for writ of mandamus in the
above cause on January 18, 2008. However, the party filing a petition for a writ of
mandamus bears the burden of providing the court with a sufficient record to establish the
petitioner's right to mandamus relief. Tex. R. App. P. 52.7. The rules that govern our
review of relator's petition require, for example, that the petition be accompanied by a
certified or sworn copy of every document that is material to the relator's claim for relief and
that was filed in any underlying proceeding. See id. at rule 52.7(a)(1); see also id. at rule
52.3(j) (required contents of appendix to petition include certified or sworn copy of "any
order complained of"). Relator has not submitted an appendix or any other material
constituting a record to support his petition. He, therefore, cannot demonstrate that the
trial court has abused its discretion or violated a duty imposed by law.

 The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relator has not shown himself entitled to the relief sought. 
Accordingly, relator's petition for writ of mandamus is denied. See id. at rule 52.8(a).

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed

this 25th day of March, 2008.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).